<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td colspan="3">United States Bankruptcy Court for the:<br><br>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td>Chapter</td><td>11</td></tr>
</table>

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | BRG Holding, LLC |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FDBA  Trinity Rebar<br>DBA  Reinforcing Steel Installer<br>DBA  Rebar Setters LLC |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-3632034 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>7321 SE Cannonball Rd.<br>Holt, MO 64048<br><u>Number, Street, City, State & ZIP Code</u><br><br>Clay<br><u>County</u> | **Mailing address, if different from principal place of business**<br><br>IL<br><u>P.O. Box, Number, Street, City, State & ZIP Code</u><br><br>**Location of principal assets, if different from principal place of business**<br><br><u>Number, Street, City, State & ZIP Code</u> |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor    BRG Holding, LLC
_____     Case number (*if known*) _____
          Name

7.  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___3321___

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

Debtor    BRG Holding, LLC _____    Case number (*if known*) _____
        Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☐   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

### ▌ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    BRG Holding, LLC
Name                                              Case number *(If known)*

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       6-16-20
                 MM / DD / YYYY

X _____      Joseph Tedesco
    Signature of authorized representative of debtor      Printed name

Title     Responsible Person

**18. Signature of attorney**

X _____      Date   6-16-20
    Signature of attorney for debtor                           MM / DD / YYYY

Matthew C. Zirzow 7222
Printed name

Larson & Zirzow, LLC
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
Number, Street, City, State & ZIP Code

Contact phone   702-382-1170      Email address   mzirzow@lzlawnv.com

7222 NV
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

Debtor    BRG Holding, LLC
_____    Case number *(if known)*    _____
          Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA
_____

Case number *(if known)* _____    Chapter    11
_____

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | BCG Ownco, LLC | | | Relationship to you | Affiliate |
| District | Nevada | When | 6/16/20 | Case number, if known | 20- |
| Debtor | BGD LV Holding, LLC | | | Relationship to you | Affiliate |
| District | Nevada | When | 6/16/20 | Case number, if known | 20- |
| Debtor | Metal Partners Rebar, LLC | | | Relationship to you | Affiliate |
| District | Nevada | When | 6/16/20 | Case number, if known | 20- |

---

**Fill in this information to identify the case:**

Debtor name    BRG Holding, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6-16-20        X _____
                              Signature of individual signing on behalf of debtor

                              Joseph Tedesco
                              Printed name

                              Responsible Person
                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | BRG Holding, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jacob Gurke 1144 Sandpiper Lane Naperville, IL 60540 | | Employment dispute | Contingent Unliquidated Disputed | | | $0.00 |
| Traxys North America LLC Attn: Managing Member 299 Park Avenue, 38th Floor New York, NY 10171 | | | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

## WRITTEN CONSENT OF SOLE MANAGER
## OF BRG HOLDING, LLC

The undersigned, being the Sole Manager of BRG Holding, LLC, a West Virginia limited liability company (the "Company"), hereby consents to the following actions and adopts the following resolutions:

RESOLVED that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, and other interested parties that the Company file a voluntary petition for relief (the "Petition") to commence a case (the "Bankruptcy Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED FURTHER, that Joseph Tedesco be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify or certify the Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada, at such time as such Joseph Tedesco shall determine; and

RESOLVED FURTHER, that Joseph Tedesco is designated as the "responsible person" for the Company in the Bankruptcy Case for purposes of Federal Rule of Bankruptcy Procedure 9001(5); and

RESOLVED FURTHER, that Joseph Tedesco be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify or certify all schedules, statements, lists and other papers and to take any and all actions that he deems necessary in connection with the Bankruptcy Case and in connection with the Company's assets and liabilities and to put into effect the purposes of the foregoing resolutions; and

RESOLVED FURTHER, that the Company shall retain the law firm of Saul Ewing Arnstein & Lehr LLP, as its bankruptcy counsel, for legal services relating to the filing of the Petition and representing the Company in the Bankruptcy Case and all matters related thereto on such terms as Joseph Tedesco shall determine; and

RESOLVED FURTHER, that the Company shall retain the law firm of Larson & Zirzow, LLC, as its local bankruptcy counsel, for additional legal services relating to the filing the Petition and representing the Company in the Bankruptcy Case and all matters related thereto on such terms as Joseph Tedesco shall determine; and

RESOLVED FURTHER, that the Company shall retain High Ridge Partners, LLC, as its financial advisor, for financial consulting services relating to the filing of the Petition and the Bankruptcy Case on such terms as Joseph Tedesco shall determine; and

RESOLVED FURTHER, that the Company shall retain SSG Advisors, LLC, as its investment banker, for services relating to the sale of all or part of the Company on such terms as Joseph Tedesco shall determine; and

RESOLVED FURTHER, that Joseph Tedesco is authorized and empowered, on behalf of and in the name of the Company, to obtain post-petition debtor-in-possession financing

370419163

according to terms negotiated, or to be negotiated, by Joseph Tedesco and to execute and deliver any documents relating thereto; and

**RESOLVED FURTHER,** that Joseph Tedesco and any other officers or representatives of the Company subsequently designated or appointed by Joseph Tedesco be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to effectuate the sale or liquidation of substantially all of the Company's assets through the Bankruptcy Case, and to further take any steps necessary to implement such sale or liquidation; and

**RESOLVED FURTHER,** that all acts, actions, and transactions previously taken or done, relating to the matters described in or contemplated by the foregoing resolutions, are hereby ratified and approved; and

**RESOLVED FURTHER,** that this consent may be executed and transmitted by facsimile or electronic mail.

**IN WITNESS WHEREOF,** the undersigned has executed this Written Consent as of June __, 2020.


_____
Jose D. Carrero, Manager

37041916.3

# United States Bankruptcy Court
## District of Nevada

In re    BRG Holding, LLC                                   Case No.

                                          Debtor(s)                Chapter      11

## VERIFICATION OF CREDITOR MATRIX

I, the Responsible Person of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     6-16-20

Joseph Tedesco/Responsible Person
Signer/Title

BRG Holding, LLC
7321 SE Cannonball Rd.
Holt, MO 64048

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Advanced Concrete Technology, Inc.
Attn: Managing Agent
3899 N. Farm Rd. #115
Springfield, MO 65803

Blattner Energy, Inc.
Attn: Managing Agent
392 County Rd. 50
Avon, MN 56310

Briegan Concrete, LLC
Attn: Managing Agent
5125 Widespan Dr.
Clayton, NC 27520

Briegan Concrete, LLC
Attn: Managing Agent
8916 Crump Rd. Unit A
Pineville, NC 28134

Ceco Concrete Construction, LLC
Attn: Managing Agent
5757 Phantom Dr. , Ste. 160
Hazelwood, MO 63042

Hausmann & Sons Construction, Inc.
Attn: Managing Agent
8885 Executive Woods Drive
Lincoln, NE 68512

Jacob Gurke
1144 Sandpiper Lane
Naperville, IL 60540

JP Morgan Chase Bank, N.A.
10 South Dearborns Ste. 22nd Flr.
Chase Tower BLS L2
Chicago, IL 60603

M.A. Mortenson Company
Attn: Managing Agent
700 Meadow Lane N.
Minneapolis, MN 55422

Mid States Rebar and Supply LLC
Attn: Managing Agent
3221 73rd Street
MN 55206

PKG Contracting, Inc.
Attn: Managing Agent
4301 South University Drive
Fargo, ND 58104

Reinforcing Steel Installers, LLC
Attn: Jeffrey D. Alley
7621 S.E. Cannonball Road
Holt, MO 64048

Rosalio Marcial Castro
4708 Darla Dr.
Fort Worth, TX 76132

Ryder Truck Rental, Inc.
dba Ryder Transportation Services
Attn: Managing Member
11690 N.W. 105th Street
Fort Lauderdale, FL 33317-8000

Traxys North America LLC
Attn: Managing Member
299 Park Avenue, 38th Floor
New York, NY 10171

VAW Investors LLC
c/o BK Properties, LLC
Attn: Managing Agent
700 W. 47th Street, Ste. 200
Kansas City, MO 64112

Jose D. Carrero
10800 Biscayne, #870
Miami, FL 33161